IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURN-KEY-TECH, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>    v.<br>KIA MOTORS CORP., a Korean corporation, and KIA MOTORS AMERICA, INC., a California corporation,<br><br>             Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | Civil Action No. 01CV1885 B (NLS)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Honorable Rudi M. Brewster** |

      The Court, having considered the Joint Stipulation for Dismissal With Prejudice between Plaintiff/Counterdefendant Turn-Key-Tech, LLC and Defendant/Counterclaimants, Kia Motors Corp. and Kia Motors America, Inc., HEREBY ORDERS THAT:

      1.    All claims and counterclaims of this action shall be dismissed WITH PREJUDICE; and

      2.    Each party shall bear its own costs and attorneys' fees.

DATED: December 8, 2006

                                            */s/ Rudi M. Brewster*
                                            Hon. Rudi M. Brewster
                                            United States Senior District Judge

cc: Nita L. Stormes
    United States Magistrate Judge

    All Counsel of Record

Case No. 01CV1885 B (NLS)