IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TURN-KEY-TECH, LLC, a California limited liability company, | ) ) ) | Civil Action No. 01CV1885 B (NLS) |
| Plaintiff, | ) ) | **ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| KIA MOTORS CORP., a Korean corporation, and KIA MOTORS AMERICA, INC., a California corporation, | ) ) ) | **Honorable Rudi M. Brewster** |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIMS | ) ) ) | |

The Court, having considered the Joint Stipulation for Dismissal With Prejudice between Plaintiff/Counterdefendant Turn-Key-Tech, LLC and Defendant/Counterclaimants, Kia Motors Corp. and Kia Motors America, Inc., HEREBY ORDERS THAT:

        1.    All claims and counterclaims of this action shall be dismissed WITH PREJUDICE; and

        2.    Each party shall bear its own costs and attorneys' fees.

DATED:  December 8, 2006

                                      Hon. Rudi M. Brewster
                                      United States Senior District Judge

cc: Nita L. Stormes
     United States Magistrate Judge

     All Counsel of Record